**DISMISS in Part and DENY in Part; and Opinion File May 23, 2013.**



# In The
# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-13-00665-CV

### IN RE ANDREW DAVID MALONE JR., Relator

**On Appeal from the 195th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. F86-95910-QN**

## MEMORANDUM OPINION
Before Justices Moseley, Francis, and Fillmore
Opinion by Justice Fillmore

The Court has before it relator's petition for writ of mandamus asking us to order the trial court to "immediately transmit to the Court of Criminal Appeals a copy of the motion 'nunc pro tunc' pre-sentence jail time credits." To the extent relator complains the trial court is not properly forwarding to the Court of Criminal Appeals documents related to his article 11.07 post-conviction writ of habeas corpus, we conclude we do not have jurisdiction over the petition. *See* TEX. CODE CRIM. P. ANN. art. 11.07 (West Supp. 2012); *In re Hampton*, No. 05-07-00440-CV, 2007 WL 1168446, at * 1 (Tex. App.— Dallas Apr. 20, 2007, orig. proceeding) (mem. op.).

To the extent relator is asking this Court to order the trial court to rule on his motion for a judgment nunc pro tunc awarding him additional back time credit, we conclude the record does not show appellant is entitled to the relief sought. *See Simon v. Levario*, 306 S.W.3d 318, 320–21 (Tex. Crim. App. 2009) (orig. proceeding); *State of Tex. ex rel. Hill v. Court of Appeals for the Fifth Dist.*, 34 S.W.3d 924, 927–28 (Tex. Crim. App. 2001) (orig. proceeding).

We dismiss in part and deny in part relator's petition for writ of mandamus.

/Robert M. Fillmore/
ROBERT M. FILLMORE
JUSTICE

130665F.P05